

**FILED**
JUN 2 5 2018
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:18CR 106 |
| | § | Judge CRONE |
| SYED RAZVI | § | |

## NOTICE OF CASE ASSOCIATION

The United States of America is hereby giving written notice to the Court and the Clerk that this case is related to:

**United States of America v. Peter Zuccarelli**

**Case No. 4:17CR117 – Judge Mazzant**

Signed this the 22nd day of June, 2018.

        Respectfully submitted,

        JOSEPH D. BROWN
        United States Attorney

        G.R. JACKSON
        Assistant United States Attorney